In the Matter of the Application of NORTH AMERICAN CEMENT CORPORATION, Petitioner, for an Order of Certiorari against MARK GRAVES and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— This is a certiorari proceeding to review the final determination of the State Tax Commission in relation to franchise taxes assessed against the petitioner under article 9-A of the Tax Law wherein the application of the statutory segregation of assets method was used instead of the equitable adjustment provision of the statute. Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

WILLIAM F. PUTNAM, Respondent, v. SYRACUSE NEWSPAPERS, INC., Appellant.— The action is for libel. Plaintiff, a police officer in the village of Saranac Lake, was living with his wife and four children. Defendant published an article in its newspaper which plaintiff alleged charged him with the commission of adultery with a prisoner in the village jail and also charged that he was associating with dissolute and disorderly persons. Defendant pleaded the truth of the published article in full justification and also other facts in mitigation. There was no plea of privilege. By its verdict the jury found that the publication was untrue, and awarded plaintiff $6,000 as compensatory damages. Judgment and order unanimously affirmed, with costs to respondent. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

TILLIE LOEB, Appellant, v. MICHAEL CLEMENT and Others, Respondents, and Others.— Action to foreclose a mortgage, defense usury. The trial court determined that the mortgagee under a second mortgage was not permitted to plead that the earlier mortgage was tainted with usury, and struck out such defense, but permitted the mortgagors to plead the defense of usury and determined that it had been sustained. The decision contained a finding that money had been paid by the mortgagors as a consideration for an extension of the time of payment. This was not material on the issue of usury which was the ground upon which the court dismissed the complaint. The judgment is affirmed, with costs. The eighth finding of fact contained in the decision is reversed upon the ground that it is immaterial on the issue of usury. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

WILLIAM A. FABIAN, JR., an Infant, by WILHELMINA FABIAN, His Guardian ad Litem, Respondent, v. SCHENECTADY RAPID TRANSIT, INC., Appellant.— Plaintiff, an infant, aged three years, four months, eighteen days, in the custody of his grandmother, was standing on a loading platform or island on State street in the city of Schenectady for the purpose of becoming a passenger on defendant's bus. There is testimony that a gas cap protruded from the side of the bus from one to four inches and that it caught plaintiff's coat and dragged him under the wheels of the bus, resulting in the injuries to recover damages for which the action is brought. The trial court submitted to the jury as a question of fact whether the infant was or was not *sui juris*. Judgment and order unanimously affirmed, with costs and disbursements to respondent. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.